UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-25211-UU

| | |
|---|---|
| ABNER NUNEZ, *et al.*, | |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF FILING MOTION FOR TRANSFER OF CP4-RELATED ACTIONS TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407** |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant. | |

Plaintiffs, Abner Nunez, *et al.*, individually and on behalf of all those similarly situated, through their undersigned counsel and pursuant to Local Rule 5.1(d), give notice of filing Plaintiffs' Motion for Transfer of CP4-Related Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings, filed with the Judicial Panel on Multidistrict Litigation on August 21, 2019. The Motion, attached as Exhibit A to this filing, seeks the consolidation of ten (10) actions relating to the CP4 fuel pump defect, specifically:

- *Click v. General Motors LLC*, No. 2:18-cv-00455-NGR (S.D. Tex.)

- *Stevens v. Ford Motor Co.*, No. 2:18-cv-00456-NGR (S.D. Tex.)

- *Berry v. FCA US LLC*, No. 2:19-cv-00023-HGT (S.D. Tex.)

- *Farlow v. Ford Motor Co.*, No. 3:18-cv-06967-JD (N.D. Cal.)

- *In re: General Motors LLC CP4 Fuel Pump Litigation*, No. 3:18-cv-07054-JST (N.D. Cal.)

- *Dawson v. General Motors LLC*, No. 3:19-cv-08680-AET-LHG (D.N.J.)

1

- *Berry et al. v. FCA US LLC, F/K/A Chrysler Group*, CIVIL NO. 2:19-cv-00023 (S.D. Tex.)

- *Ginebra v. General Motors LLC*, No. 1:18-cv-25209-FAM (S.D. Fla.)

- *Droesser v. Ford Motor Co.*, No. 19-cv-12365 (E.D. Mich.)

- *Chapman v. General Motors LLC*, No. 19-cv-12333 (E.D. Mich.)

Dated: August 23, 2019                           Respectfully submitted,

/s/ Andrew Parker Felix
**MORGAN & MORGAN, P.A.**
Andrew Parker Felix, Esq.
FBN: 0685607
E-Mail: Andrew@forthepeople.com
Secondary Email: Kdimeglio@forthepeople.com
20 North Orange Ave., Ste. 1600
P.O. Box 4979
Orlando, FL  32801
Telephone: (407) 244-3204
Facsimile: (407) 245-3334

-and-

**HILLIARD MARTINEZ GONZALES LLP**
Robert C. Hilliard, Esq.
Texas State Bar No. 09677700
Federal I.D. No. 5912
E-mail: bobh@hmglawfirm.com
719 S. Shoreline Blvd.
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
(admitted *pro hac vice*)
Marion Reilly
Texas State Bar No. 24079195
Federal I.D. No. 1357491
Email: marion@hmglawfirm.com
(admitted *pro hac vice*)
Bradford P. Klager
State Bar No. 24012969
Federal I.D. No. 24435
Email: brad@hmglawfirm.com
(admitted *pro hac vice*)

>Lauren Akers
>State Bar No. 24076233
>Email: lakers@hmglawfirm.com
>(admitted *pro hac vice*)
>
>-and-
>
>Steve W. Berman (*pro hac vice to be filed*)
>Sean R. Matt (*pro hac vice to be filed*)
>HAGENS BERMAN SOBOL SHAPIRO LLP
>1301 Second Avenue, Suite 2000
>Seattle, WA 98101
>Telephone: (206) 623-7292
>Facsimile: (206) 623-0594
>steve@hbsslaw.com
>sean@hbsslaw.com
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served by electronic service, on August 23, 2019, on all counsel or parties of record on the service list.

>/s/ Andrew Parker Felix
>**MORGAN & MORGAN, P.A.**
>Andrew Parker Felix, Esq.
>FBN: 0685607
>E-Mail: Andrew@forthepeople.com
>Secondary Email:
>Kdimeglio@forthepeople.com
>20 North Orange Ave., Ste. 1600
>P.O. Box 4979
>Orlando, FL  32801
>Telephone: (407) 418-2081
>Facsimile: (407) 245-3392